UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RW JOHNSON MOTTMAN PLAZA CONDOMINIUM OWNERS ASSOCIATION, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QBE INSURANCE GROUP LIMITED, a foreign corporation; GENERAL CASUALTY COMPANY OF WISCONSIN, a Wisconsin corporation,<br><br>Defendants. | Case No. 3:21-cv-05591-DGE<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br><br>**[CLERK'S ACTION REQUIRED]** |

## I.     STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff RW JOHNSON MOTTMAN PLAZA CONDOMINIUM OWNERS ASSOCIATION, a Washington nonprofit corporation ("Plaintiff") and Defendants QBE INSURANCE GROUP LIMITED, a foreign corporation; GENERAL CASUALTY COMPANY OF WISCONSIN, a Wisconsin corporation ("Defendants") that:

All of Plaintiff's claims against Defendants should be dismissed in their entirety with prejudice and without fees or costs to any party.

The result of the instant Stipulation is the complete dismissal of all claims by Plaintiff.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** - 1

LEGAL\54558043\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

IT IS FURTHER STIPULATED that the Order of Dismissal below may be presented without notice of presentation.

DATED this 26th day of October, 2021.

COZEN O'CONNOR

By _s/Kevin A. Michael_
    Kevin A. Michael, WSBA #36976

999 Third Avenue, Suite 1900
Seattle, Washington  98104
Phone: 206.340.1000
Fax: 206.621.8783
kmichael@cozen.com
**Attorneys for Defendants**

DATED this 26th day of October, 2021.

GORDON TILDEN THOMAS & CORDELL LLP

By __s/John D. Cadagan__
    Franklin D. Cordell, WSBA #26392
    John D. Cadagan, WSBA #47996

600 University Street, Suite 2915
Seattle, WA 98101
Phone:  206.467.6477
fcordell@gordontilden.com
jcadagan@gordontilden.com
**Attorneys for Plaintiff**

## II.    ORDER

THIS MATTER having come before the Court upon the above Stipulation of the above-named parties, and the Court being fully advised in the premises, having reviewed the Stipulation and finding good cause, NOW THEREFORE:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

All of Plaintiff's claims against Defendants are dismissed in their entirety with prejudice and without fees or costs to any party;

DATED this 9th day of November, 2021.

David G. Estudillo
United States District Judge

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** - 2

LEGAL\54558043\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000